**Marvin E. PAPPAN, Petitioner,**

**v.**

**Ray H. PAGE, Warden, Respondent.**

**No. A–14149.**

Court of Criminal Appeals of Oklahoma.

Jan. 11, 1967.

Marvin E. Pappan, pro se.

Charles Nesbitt, Atty. Gen., State of Oklahoma, for respondent.

## MEMORANDUM OPINION

BUSSEY, Judge.

This is an original proceeding in which petitioner, Marvin E. Pappan, seeks an order of this Court directing the officials to credit said petitioner with certain time accrued while on parole and enter them as credits upon the records of the State Penitentiary at McAlester, Oklahoma.

Petitioner alleges that he was paroled on the 30th day of August, 1963, and that thereafter, on the 1st day of March, 1965, his parole was revoked, and that he is entitled to credit for time spent on parole prior to the revocation of the same.

We have repeatedly held that a prisoner whose parole is revoked is not entitled to credit for the time spent on parole prior to parole revocation.

The writ prayed for is accordingly denied.

NIX, P. J., and BRETT, J., concur.